HORACE ADEE, Respondent, *v.* PETER P. DEMOREST et al. Appellants.

*D. Rumsey* for the respondent.

Judgment affirmed by default.